UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT



FILED

2018 NOV 16  A. 11: 13

U.S. DISTRICT COURT
NEW HAVEN, CT.

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Cr. No. 3:10CR00227 (JAM) |
| JAMES DICKERSON : | |

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by William J. Nardini, Assistant United States Attorney, and respectfully informs this Honorable Court:

On Monday, December 3, 2018 at 2:00 p.m., there will come before the Honorable Jeffrey A. Meyer, United States District Judge, at New Haven, Connecticut, the criminal case of United States v. JACKSON, et al Criminal No. 3:10CR00227 (JAM). That the above named defendant, JAMES DICKERSON (Inmate No. 284057), is charged with violations of his supervised release in the above-captioned matter.

That the said JAMES DICKERSON is now confined at the Robinson Correctional Institution, Enfield, Connecticut.

That the said JAMES DICKERSON should be presented before said District Court of the United States, District of Connecticut, at said time and place so said defendant may be prosecuted for said offense, or from time to time thereafter as the case may be adjourned to.

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Connecticut Department of Correction, Warden,

Robinson Correctional Institution, Enfield, Connecticut, the United States Marshal for the District of Connecticut, any of his proper deputies, or any other authorized federal agent ordering them to produce the said JAMES DICKERSON (Inmate No. 284057), at the United States Courthouse, 141 Church Street, New Haven, Connecticut, on Monday, December 3, 2018 at 2:00 p.m., or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

I declare under penalty of perjury that the foregoing is true and correct.

UNITED STATES OF AMERICA

JOHN H. DURHAM
UNITED STATES ATTORNEY

WILLIAM J. NARDINI
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR No. ct16012